IN THE SUPREME COURT OF TEXAS

 No. 08-0882

 IN RE JAMES H. MAPLES AND KATHY MAPLES

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for immediate temporary relief in the form of
order staying proceedings, filed October 20, 2008, is granted. All trial
court proceedings in Cause No. CL-29,530-A, styled Johnny Partain and
Teresa C. Partain v. James H. Maples, individually and d/b/a Global Tours &
Charters and Kathy Maples, individually and d/b/a KBM Bus Leasing, Inc. and
KBM Bus Leasing, Inc., in the County Court at Law No 1 of Hidalgo County,
Texas, are stayed pending further order of this Court.
 2. The real party in interest is requested to respond to relators'
petition for writ of mandamus on or before 3:00 p.m., November 20, 2008.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this October 21, 2008.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk